Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–14758–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joshua D Grill
dba Pampering Podiatrist
306 Congressional Drive
Morganville, NJ 07751

Jennifer S Grill
dba Pampering Podiatrist
306 Congressional Drive
Morganville, NJ 07751

Social Security No.:
xxx–xx–1768

xxx–xx–9692

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 17, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 17, 2017
JAN: wir

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 17-14758-MBK
Joshua D Grill                                               Chapter 13
Jennifer S Grill
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 3            Date Rcvd: Oct 17, 2017
                              Form ID: 148              Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db            +Joshua D Grill,    306 Congressional Drive,    Morganville, NJ 07751-2610
jdb           #+Jennifer S Grill,    306 Congressional Drive,    Morganville, NJ 07751-2610
cr            +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BAN,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516694785     +AG Adjustments,    740 Walt Whitman Road,    PO Box 9090,    Melville, NY 11747-9090
516694787     +Attorney General of the United States,     Department of Justice,
                Constitution Ave and 10th St. NW,     Washington, DC 20530-0001
516838505     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516744732      CACH, LLC,    PO Box 10587,   Greenville, SC 29603-0587
516694789     +CFI Resorts Management Inc.,    2801 Old Winter Garden Road,     Ocoee, FL 34761-2965
516948461     +Citizens Bank NA,    C/O Ditech Financial LLC,    2100 East Elliot Rd.,
                Bldg. 94, Department T-120,    Tempe, AZ 85284-1806
516694794     +DiTech Financial LLC,    Asset Receivables Management,     7360 South Kyrene Road,
                Tempe, AZ 85283-8432
516735850     +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,     Omaha, NE 68197-0002
516694798     +Langer BioMedical,    c/o Aron Sadowsky & Marks Inc,     551 NW 77th St,    Sutie 200,
                Boca Raton, FL 33487-1330
516694799     +Leonard H. Franco Jr.,    1037 Raymond Blvd,    Suite 710,    Newark, NJ 07102-5427
516730410     +MDinTOUCH, INC.,    c/o KATHLEEN R. WALL, ESQ.,    2640 HIGHWAY 70,     MANASQUAN, NJ 08736-2609
516694800     +MDinTouch, Inc,    c/o Kathleen R Wall, Esq,    2640 Highway 70,    Sutie 9A,
                Manasquan, NJ 08736-2609
516694805      NY College of Pod/Eduserv,    PO Box 2001,    Winston Salem, NC 27102
516694804      New Jersey Attorney General's Office,     Divsion of Law,    Bankruptcy Collections Unit,
                PO Box 106,   Trenton, NJ 08625-0106
516694806      Office of Chief Counsel,    Internal Revenue Service,     SB/SE Division Counsel,
                One Newark Center, Suite 1500,    Newark, NJ 07102-5224
516908080     +PHH MORTGAGE CORPORATION,    1 MORTGAGE WAY, MAIL STOP: SV01,     MT. LAUREL, NJ 08054-4637
516694808     +PHH Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
516694807     +Phelan Hallinan & Diamond,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
516872666    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Department of Treasury,
                Division of Taxation,    PO BOX 245,   Trenton NJ 08695-0245)
516785895     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516694814     +US Department of Education,    61 Forsyth St SW,    Suite 19T40,    Atlanta, GA 30303-8919
516774740     +Westgate Town Center Owners Association, Inc.,     2801 Old Winter Garden Road,
                Ocoee, FL 34761-2965
516774720     +Westgate Vacation Villas, LLC,    2801 Old Winter Garden Road,     Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2017 22:36:05      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2017 22:36:02      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: IRS.COM Oct 17 2017 22:13:00      United States of America (Internal Revenue Service,
                U.S. Attorney's Office,    970 Broad Street,    Suite 700,   Newark, NJ 07102-2535
516694786     +EDI: AMEREXPR.COM Oct 17 2017 22:13:00      American Express,    Po Box 297871,
                Fort Lauderdale, FL 33329-7871
516780430      EDI: BECKLEE.COM Oct 17 2017 22:13:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516694788      EDI: BANKAMER.COM Oct 17 2017 22:13:00      Bank Of America,    PO Box 982238,
                El Paso, TX 79998
516918115      EDI: BL-BECKET.COM Oct 17 2017 22:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
516694790     +EDI: CHASE.COM Oct 17 2017 22:13:00      Chase - Best Buy,    PO Box 15298,
                Wilmington, DE 19850-5298
516694791     +EDI: CHASE.COM Oct 17 2017 22:13:00      Chase Bank Bank USA,    PO Box 15298,
                Wilmington, DE 19850-5298
516815695     +E-mail/Text: bncmail@w-legal.com Oct 17 2017 22:36:12      Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516694792      EDI: DISCOVER.COM Oct 17 2017 22:13:00      Discover Financial Services*,    P.O. Box 15316,
                Wilmington, DE 19850
516694795     +EDI: IIC9.COM Oct 17 2017 22:13:00      IC Systems Inc,    PO Box 64378,
                Saint Paul, MN 55164-0378
516694797     +EDI: CBSKOHLS.COM Oct 17 2017 22:13:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
516751713     +EDI: MID8.COM Oct 17 2017 22:13:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
516694801     +EDI: MID8.COM Oct 17 2017 22:13:00      Midland Funding,    8875 Aero Drive,    Suite 200,
                San Diego, CA 92123-2255
```

```
District/off: 0312-3           User: admin               Page 2 of 3                   Date Rcvd: Oct 17, 2017
                               Form ID: 148              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516694802      +EDI: MID8.COM Oct 17 2017 22:13:00      Midland Funding,    2365 Northside Drive,   Suite 300,
                San Diego, CA 92108-2709
516951584       EDI: PRA.COM Oct 17 2017 22:13:00       Portfolio Recovery Associates, LLC,    c/o Gap,
                POB 41067,   Norfolk VA 23541
516694809       EDI: PRA.COM Oct 17 2017 22:13:00       Portfolio Recovery*,    120 Corporate Blvd, Ste 100,
                Norfolk, VA 23502
516694811       EDI: RMSC.COM Oct 17 2017 22:13:00      Syncb/Gap,   PO Box 965005,    Orlando, FL 32896-5005
516696582      +EDI: RMSC.COM Oct 17 2017 22:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
516694812       EDI: TFSR.COM Oct 17 2017 22:13:00      Toyota Financial Services,    5005 N. River Blvd,
                Cedar Rapids, IA 52411
517027466       EDI: ECMC.COM Oct 17 2017 22:13:00      US Department of Education,    P O Box 16448,
                Saint Paul MN 55116-0448
516694813      +E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2017 22:36:05     United States Attorney,
                For Internal Revenue Service),   970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
                                                                                                TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516906098        HSBC BANK USA, NATIONAL ASSOCIATION,   AS TRUSTEE OF J.P. MORGAN,
                  ALTERNATIVE LOAN TRUST 2006-A5
516694793*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  District Director of the IRS,   955 S. Springfield Avenue,
                   Springfield, NJ 07081)
516694796*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516901802*      +MIDLAND FUNDING LLC,   PO BOX 2011,   WARREN, MI 48090-2011
516694803*      +Midland Funding,   2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
516694810*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Division of Taxation,   PO Box 190,
                   Trenton, NJ 08695)
                                                                                        TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Joshua D Grill brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Joint Debtor Jennifer S Grill brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF
               J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 james.shay@phelanhallinan.com
              James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BANK
               USA, NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5
               james.shay@phelanhallinan.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 17, 2017
                              Form ID: 148             Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Nicholas V. Rogers    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                    TOTAL: 9