Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−14758−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joshua D Grill                                                       Jennifer S Grill
   dba Pampering Podiatrist                           dba Pampering Podiatrist
   306 Congressional Drive                            306 Congressional Drive
   Morganville, NJ 07751                                Morganville, NJ 07751

Social Security No.:
   xxx−xx−1768                                                           xxx−xx−9692

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

     NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 10/17/17 has been vacated effective 12/5/17.

Dated: December 6, 2017
JAN: kmf

                                                                                                              Jeanne Naughton
                                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-14758-MBK
Joshua D Grill                                                          Chapter 13
Jennifer S Grill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3            Date Rcvd: Dec 06, 2017
                              Form ID: 149             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
```
db            +Joshua D Grill,    306 Congressional Drive,    Morganville, NJ 07751-2610
jdb          #+Jennifer S Grill,    306 Congressional Drive,    Morganville, NJ 07751-2610
cr            +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BAN,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
516694785     +AG Adjustments,    740 Walt Whitman Road,    PO Box 9090,    Melville, NY 11747-9090
516694786     +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516780430      American Express Centurion Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
516694787     +Attorney General of the United States,    Department of Justice,
                Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
516694788    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX 79998)
516838505     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516694789     +CFI Resorts Management Inc.,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
516918115      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516694790     +Chase - Best Buy,    PO Box 15298,    Wilmington, DE 19850-5298
516694791     +Chase Bank Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
516948461     +Citizens Bank NA,    C/O Ditech Financial LLC,    2100 East Elliot Rd.,
                Bldg. 94, Department T-120,    Tempe, AZ 85284-1806
516694794    #+DiTech Financial LLC,    Asset Receivables Management,    7360 South Kyrene Road,
                Tempe, AZ 85283-4583
516735850     +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
516694795     +IC Systems Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
516694798    #+Langer BioMedical,    c/o Aron Sadowsky & Marks Inc,    551 NW 77th St,    Sutie 200,
                Boca Raton, FL 33487-1330
516694799     +Leonard H. Franco Jr.,    1037 Raymond Blvd,    Suite 710,    Newark, NJ 07102-5427
516730410     +MDinTOUCH, INC.,    c/o KATHLEEN R. WALL, ESQ.,    2640 HIGHWAY 70,    MANASQUAN, NJ 08736-2609
516694800     +MDinTouch, Inc,    c/o Kathleen R Wall, Esq,    2640 Highway 70,    Sutie 9A,
                Manasquan, NJ 08736-2609
516694805      NY College of Pod/Eduserv,    PO Box 2001,    Winston Salem, NC 27102
516694804      New Jersey Attorney General's Office,    Divsion of Law,    Bankruptcy Collections Unit,
                PO Box 106,    Trenton, NJ 08625-0106
516694806      Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
                One Newark Center, Suite 1500,    Newark, NJ 07102-5224
516908080     +PHH MORTGAGE CORPORATION,    1 MORTGAGE WAY, MAIL STOP: SV01,    MT. LAUREL, NJ 08054-4637
516694808     +PHH Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
516694807     +Phelan Hallinan & Diamond,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
516872666    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516694812    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    5005 N. River Blvd,
                Cedar Rapids, IA 52411)
516785895     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516694814     +US Department of Education,    61 Forsyth St SW,    Suite 19T40,    Atlanta, GA 30303-8919
517027466      US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
516774740     +Westgate Town Center Owners Association, Inc.,    2801 Old Winter Garden Road,
                Ocoee, FL 34761-2965
516774720     +Westgate Vacation Villas, LLC,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2017 22:59:43     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Dec 06 2017 22:59:10
                United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
516744732      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2017 23:09:09     CACH, LLC,
                PO Box 10587,    Greenville, SC 29603-0587
516815695     +E-mail/Text: bncmail@w-legal.com Dec 06 2017 22:59:55     Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516694792      E-mail/Text: mrdiscen@discover.com Dec 06 2017 22:58:55     Discover Financial Services*,
                P.O. Box 15316,    Wilmington, DE 19850
516694797     +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 06 2017 22:59:00     Kohls/Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516751713     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2017 22:59:42     MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0312-3          User: admin                Page 2 of 3               Date Rcvd: Dec 06, 2017
                              Form ID: 149               Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516694801      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2017 22:59:42      Midland Funding,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
516694802      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2017 22:59:42      Midland Funding,
                2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516951584       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2017 23:09:12
                Portfolio Recovery Associates, LLC,    c/o Gap,    POB 41067,    Norfolk VA 23541
516694809       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2017 23:09:19
                Portfolio Recovery*,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502
516694811       E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:00      Syncb/Gap,    PO Box 965005,
                Orlando, FL 32896-5005
516696582      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 23:03:00      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516694813      +E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47      United States Attorney,
                For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516906098       HSBC BANK USA, NATIONAL ASSOCIATION,    AS TRUSTEE OF J.P. MORGAN,
                ALTERNATIVE LOAN TRUST 2006-A5
516694793*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: District Director of the IRS,    955 S. Springfield Avenue,
                Springfield, NJ 07081)
516694796*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516901802*     +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516694803*     +Midland Funding,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516694810*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 190,
                Trenton, NJ 08695)
                                                                                 TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Bruce C. Truesdale    on behalf of Debtor Joshua D Grill brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale    on behalf of Joint Debtor Jennifer S Grill brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          James Patrick Shay    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF
           J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 james.shay@phelanhallinan.com
          James Patrick Shay    on behalf of Creditor   PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BANK
           USA, NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5
           james.shay@phelanhallinan.com
```

```
District/off: 0312-3          User: admin               Page 3 of 3           Date Rcvd: Dec 06, 2017
                              Form ID: 149              Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 10