UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce C. Truesdale, PC
147 Union Avenue, Suite 1E
Middlesex, NJ 08846
By: Bruce C. Truesdale, Esq. (BT 0928)
Phone#: 732-302-9600
Fax#: 732-302-9066

**Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joshua D. Grill
Jennifer S. Grill

Case No.: 17-14758

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 8, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale, Esq/_____, the applicant, is allowed a fee of $ _____$6,954.00_____ for services rendered and expenses in the amount of $_____208.55_____ for a total of $_____$7,162.55_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Joshua D Grill  
Jennifer S Grill  
    Debtors

Case No. 17-14758-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 08, 2018  
                   Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.
```
db         +Joshua D Grill,    306 Congressional Drive,    Morganville, NJ 07751-2610
jdb        +Jennifer S Grill,    7 Cannonade Drive,    Narlboro, NJ 07746-1937
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Bruce C. Truesdale    on behalf of Debtor Joshua D Grill brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale    on behalf of Joint Debtor Jennifer S Grill brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF
           J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 james.shay@phelanhallinan.com
          James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BANK
           USA, NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5
           james.shay@phelanhallinan.com
          Nicholas V. Rogers    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF
           J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```