**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security      **0** Assumption of Executory Contract or Unexpired Lease      **0** Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    Joshua D Grill  
         Jennifer S Grill

Case No..: **17-14758-MBK**  
Judge: **Michael B. Kaplan**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original      ☑ Modified/Notice Required      Date: **February 2018**  
☐ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **BCT**      Initial Debtor: **JDG**      Initial Co-Debtor **JSG**

**Part 1: Payment and Length of Plan**

    a. The debtor shall pay __1,500.00 Monthly__ to the Chapter 13 Trustee, starting on __4/1/2017__ for approximately **60** months.

    b. The debtor shall make plan payments to the Trustee from the following sources:
- [x] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion: _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion: _____

- [ ] Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

    d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. [ ] Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    [X] NONE

    a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

    b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Albert Russo** | **Administrative** | **per statute** |
| **Bruce C. Truesdale** | **Attorney Fees** | **2,000.00** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **14,843.86** |
| **State of New Jersey** | **Taxes and certain other debts** | **2,797.22** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- [x] None
- [ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

3

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **PHH Mortgage Services** | **306 Congressional Drive Morganville, NJ 07751** | **678,600.00** | **155,068.00** |
| **DiTech Financial LLC** | **306 Congressional Drive Morganville, NJ 07751** | **678,600.00** | **88,148.77** |
| **CFI Resorts Management Inc.** | **Westgate Resort Orlando, FL** | **unknown** | **unknown** |
| **Toyota Financial Services** | **2011 Toyota Sienna** | **9,328.00** | **2,835.00** |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Internal Revenue Service** | **All Property** | **22,405.00** |

## Part 5: Unsecured Claims  ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with**

local form, *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
   1) Ch. 13 Standing Trustee Commissions
   2) **Other Administrative Claims**
   3) **Priority Claims**
   4) **Secured Claims**
   5) **Lease Arrearages**
   6) **General Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

    **d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The IRS filed an amended POC with updated figures and the Debtors have elected to surrender their residence. | Part 4 was amended to change the treatment of Debtor's property and treat the IRS POC. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    **February 8, 2018**    **/s/ Bruce C. Truesdale**
    **Bruce C. Truesdale**
    Attorney for the Debtor

Date:    **February 8, 2018**    **/s/ Joshua D Grill**
    **Joshua D Grill**
    Debtor

Date:    **February 8, 2018**    **/s/ Jennifer S Grill**
    **Jennifer S Grill**
    Joint Debtor

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date    **February 8, 2018**    **/s/ Bruce C. Truesdale**
    **Bruce C. Truesdale**
    Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:    **February 8, 2018**    **/s/ Joshua D Grill**
    **Joshua D Grill**
    Debtor

Date:    **February 8, 2018**    **/s/ Jennifer S Grill**
    **Jennifer S Grill**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Joint Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 17-14758-MBK
Joshua D Grill                                                               Chapter 13
Jennifer S Grill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3            Date Rcvd: Feb 20, 2018
                              Form ID: pdf901          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
```
db          +Joshua D Grill,    306 Congressional Drive,    Morganville, NJ 07751-2610
jdb         +Jennifer S Grill,    7 Cannonade Drive,    Narlboro, NJ 07746-1937
cr          +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BAN,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516694785   +AG Adjustments,    740 Walt Whitman Road,    PO Box 9090,    Melville, NY 11747-9090
516694786   +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516780430    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
516694787   +Attorney General of the United States,    Department of Justice,
              Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
516694788  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    PO Box 982238,    El Paso, TX 79998)
516838505   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516694789   +CFI Resorts Management Inc.,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
516918115    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516694790   +Chase - Best Buy,    PO Box 15298,    Wilmington, DE 19850-5298
516694791   +Chase Bank Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
516948461   +Citizens Bank NA,    C/O Ditech Financial LLC,    2100 East Elliot Rd.,
              Bldg. 94, Department T-120,    Tempe, AZ 85284-1806
516694794  #+DiTech Financial LLC,    Asset Receivables Management,    7360 South Kyrene Road,
              Tempe, AZ 85283-4583
516735850   +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
516694795   +IC Systems Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
516694798  #+Langer BioMedical,    c/o Aron Sadowsky & Marks Inc,    551 NW 77th St,    Sutie 200,
              Boca Raton, FL 33487-1330
516694799   +Leonard H. Franco Jr.,    1037 Raymond Blvd,    Suite 710,    Newark, NJ 07102-5427
516730410   +MDinTOUCH, INC.,    c/o KATHLEEN R. WALL, ESQ.,    2640 HIGHWAY 70,    MANASQUAN, NJ 08736-2609
516694800   +MDinTouch, Inc,    c/o Kathleen R Wall, Esq,    2640 Highway 70,    Sutie 9A,
              Manasquan, NJ 08736-2609
516694805    NY College of Pod/Eduserv,    PO Box 2001,    Winston Salem, NC 27102
516694804    New Jersey Attorney General's Office,    Divsion of Law,    Bankruptcy Collections Unit,
              PO Box 106,    Trenton, NJ 08625-0106
516694806    Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
              One Newark Center, Suite 1500,    Newark, NJ 07102-5224
516908080   +PHH MORTGAGE CORPORATION,    1 MORTGAGE WAY, MAIL STOP: SV01,    MT. LAUREL, NJ 08054-4637
516694808   +PHH Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
516694807   +Phelan Hallinan & Diamond,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
516872666  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516694812  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    5005 N. River Blvd,
              Cedar Rapids, IA 52411)
516785895   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516694814   +US Department of Education,    61 Forsyth St SW,    Suite 19T40,    Atlanta, GA 30303-8919
517027466    US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
516774740   +Westgate Town Center Owners Association, Inc.,    2801 Old Winter Garden Road,
              Ocoee, FL 34761-2965
516774720   +Westgate Vacation Villas, LLC,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:42:44      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:42:42      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           E-mail/Text: cio.bncmail@irs.gov Feb 20 2018 23:42:20
              United States of America (Internal Revenue Service,    U.S. Attorney's Office,
              970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
516744732    E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2018 23:51:33      CACH, LLC,
              PO Box 10587,    Greenville, SC 29603-0587
516815695   +E-mail/Text: bncmail@w-legal.com Feb 20 2018 23:42:52      Comenity Capital Bank/Paypal Credit,
              c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516694792    E-mail/Text: mrdiscen@discover.com Feb 20 2018 23:42:07      Discover Financial Services*,
              P.O. Box 15316,    Wilmington, DE 19850
516694797   +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 20 2018 23:42:09      Kohls/Capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516751713   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2018 23:42:40      MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Feb 20, 2018
                              Form ID: pdf901          Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516694801       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2018 23:42:40      Midland Funding,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
516694802       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2018 23:42:40      Midland Funding,
                 2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
516951584        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:51:33
                 Portfolio Recovery Associates, LLC,   c/o Gap,   POB 41067,   Norfolk VA 23541
516694809        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 00:23:16
                 Portfolio Recovery*,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502
516694811        E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2018 23:45:57      Syncb/Gap,   PO Box 965005,
                 Orlando, FL 32896-5005
516696582       +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2018 23:45:57      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516694813       +E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:42:44      United States Attorney,
                 For Internal Revenue Service),   970 Broad Street, 5th Floor,   Newark, NJ 07102-2527
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516906098        HSBC BANK USA, NATIONAL ASSOCIATION,    AS TRUSTEE OF J.P. MORGAN,
                 ALTERNATIVE LOAN TRUST 2006-A5
516694793*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  District Director of the IRS,   955 S. Springfield Avenue,
                 Springfield, NJ 07081)
516694796*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516901802*      +MIDLAND FUNDING LLC,   PO BOX 2011,   WARREN, MI 48090-2011
516694803*      +Midland Funding,   2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
516694810*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Division of Taxation,   PO Box 190,
                 Trenton, NJ 08695)
                                                                                   TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Bruce C. Truesdale    on behalf of Debtor Joshua D Grill brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale    on behalf of Joint Debtor Jennifer S Grill brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          James Patrick Shay    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF
           J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 james.shay@phelanhallinan.com
          James Patrick Shay    on behalf of Creditor   PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BANK
           USA, NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5
           james.shay@phelanhallinan.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Feb 20, 2018
                              Form ID: pdf901          Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Nicholas V. Rogers   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                   TOTAL: 10