

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:

    Grill, Joshua D. dba Pampering Podiatrist Grill,
    Jennifer S. dba Pampering Podiatrist

Order Filed on February 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-14758
Chapter 13
Hearing Date: February 20, 2018

Judge: Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 23, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2011 TOYOTA SIENNA, VIN: 5TDYK3DC0BS066647**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Joshua D Grill  
Jennifer S Grill  
        Debtors

Case No. 17-14758-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 23, 2018  
                     Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.
```
db          +Joshua D Grill,    306 Congressional Drive,    Morganville, NJ 07751-2610
jdb         +Jennifer S Grill,   7 Cannonade Drive,    Narlboro, NJ 07746-1937
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Joshua D Grill brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Joint Debtor Jennifer S Grill brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eamonn O'Hagan     on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF
               J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 james.shay@phelanhallinan.com
              James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BANK
               USA, NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5
               james.shay@phelanhallinan.com
              Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF
               J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```