**ABELSON & TRUESDALE, LLC**
By: Bruce C. Truesdale, Esq.
ID (BT) 0928
147 Union Ave - Suite 1E
Middlesex, New Jersey 08846
(732) 302-9600
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : |
| | : Case No. 17-14758-MBK |
| JOSHUA GRILL | : |
| JENNIFER GRILL | : Chapter 13 |
| | : |
| Debtors | : **DEBTORS' RESPONSE TO** |
| | : **TRUSTEE'S SUPPLEMENTAL** |
| | : **OBJECTION TO CONFIRMATION** |

Bruce C. Truesdale hereby certifies as follows:

1. I am an attorney at law of the state of New Jersey, this District, a member of the above referenced law firm and have been tasked with the representation of the Debtors in this matter.

2. The Debtors have reviewed the Trustee's supplemental objection to confirmation (docket #66). Therein, the Trustee alleges that the Debtors have undertaken excessive expenses, specifically, $675 for electricity/natural gas, $500 for cell phone/cable/internet and $275 for miscellaneous expenses.

3. The supplemental objection as drafted would mislead the reader into believing that the Debtors have undertaken the foregoing expenses on a single Schedule J for a single household, when in reality the Debtors are not cohabitating, they maintain two separate households and have filed two separate Schedule Js reflecting the same.

4. A review of the separate schedules would reveal that the Debtors have scheduled expenses below the IRS guidelines for each respective household.

I hereby certify that the foregoing statements are true. If any of the foregoing statements are willfully false, I realize that I am subject to punishment.

Dated: 3/19/2018               ___/s/Bruce C. Truesdale___
                               Bruce C. Truesdale, Esq.
                               Attorney for Debtors