Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–14758–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joshua D Grill
dba Pampering Podiatrist
306 Congressional Drive
Morganville, NJ 07751

Jennifer S Grill
dba Pampering Podiatrist
7 Cannonade Drive
Narlboro, NJ 07746

Social Security No.:
xxx–xx–1768                                xxx–xx–9692

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     3/2/21
Time:     01:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Debtor's Attorney

COMMISSION OR FEES
fee: $4140

EXPENSES
expenses: $0

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 1, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 17-14758-MBK    Doc 87    Filed 02/03/21    Entered 02/04/21 00:19:22    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-14758-MBK |
| Joshua D Grill | Chapter 13 |
| Jennifer S Grill | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 01, 2021 | Form ID: 137 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua D Grill, 306 Congressional Drive, Morganville, NJ 07751-2610 |
| jdb | #+ | Jennifer S Grill, 7 Cannonade Drive, Narlboro, NJ 07746-1937 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BAN, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516694785 | + | AG Adjustments, 740 Walt Whitman Road, PO Box 9090, Melville, NY 11747-9090 |
| 516694786 | + | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516780430 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516694787 | + | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 516694788 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982238, El Paso, TX 79998 |
| 516838505 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516694789 | + | CFI Resorts Management Inc., 2801 Old Winter Garden Road, Ocoee, FL 34761-2965 |
| 516918115 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516948461 | + | Citizens Bank NA, C/O Ditech Financial LLC, 2100 East Elliot Rd., Bldg. 94, Department T-120, Tempe, AZ 85284-1806 |
| 516694795 | + | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516694799 | ++++ | LEONARD H. FRANCO JR., 1 RIVERFRONT PLZ STE 710, NEWARK NJ 07102-5415 address filed with court:, Leonard H. Franco Jr., 1037 Raymond Blvd, Suite 710, Newark, NJ 07102 |
| 516730410 | + | MDinTOUCH, INC., c/o KATHLEEN R. WALL, ESQ., 2640 HIGHWAY 70, MANASQUAN, NJ 08736-2609 |
| 516694800 | + | MDinTouch, Inc, c/o Kathleen R Wall, Esq, 2640 Highway 70, Sutie 9A, Manasquan, NJ 08736-2609 |
| 516694805 | | NY College of Pod/Eduserv, PO Box 2001, Winston Salem, NC 27102 |
| 516694804 | | New Jersey Attorney General's Office, Divsion of Law, Bankruptcy Collections Unit, PO Box 106, Trenton, NJ 08625-0106 |
| 518823593 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518823594 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516694806 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 516735850 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 516908080 | + | PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP: SV01, MT. LAUREL, NJ 08054-4637 |
| 516694808 | + | PHH Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 516694807 | + | Phelan Hallinan & Diamond, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 516872666 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516694812 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 5005 N. River Blvd, Cedar Rapids, IA 52411 |
| 517596151 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516785895 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516694814 | + | US Department of Education, 61 Forsyth St SW, Suite 19T40, Atlanta, GA 30303-8919 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2021 | Form ID: 137 | Total Noticed: 51 |

| | | |
|---|---|---|
| 517027466 | | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 516774740 | + | Westgate Town Center Owners Association, Inc., 2801 Old Winter Garden Road, Ocoee, FL 34761-2965 |
| 516774720 | + | Westgate Vacation Villas, LLC, 2801 Old Winter Garden Road, Ocoee, FL 34761-2965 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2021 01:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2021 01:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2021 01:51:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 516744732 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2021 03:50:53 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516694791 | + | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 02 2021 03:54:32 | Chase Bank Bank USA, PO Box 15298, Wilmington, DE 19850-5298 |
| 516815695 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2021 01:51:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516694792 | | Email/Text: mrdiscen@discover.com | Feb 02 2021 01:50:00 | Discover Financial Services*, P.O. Box 15316, Wilmington, DE 19850 |
| 516694790 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 02 2021 03:50:43 | Chase - Best Buy, PO Box 15298, Wilmington, DE 19850 |
| 516694797 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 02 2021 01:50:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516751713 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 02 2021 01:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516694801 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 02 2021 01:52:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516694802 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 02 2021 01:52:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 516951584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 03:54:39 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 516694809 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 03:50:50 | Portfolio Recovery*, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 516694811 | | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 03:50:38 | Syncb/Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 516696582 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 03:52:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516694813 | + | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2021 01:52:00 | United States Attorney, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2021 | Form ID: 137 | Total Noticed: 51 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516906098 | | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE OF J.P. MORGAN, ALTERNATIVE LOAN TRUST 2006-A5 |
| 516694793 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 516694796 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516901802 | *+ | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516694803 | *+ | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 516694810 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 190, Trenton, NJ 08695 |
| 516694794 | ##+ | DiTech Financial LLC, Asset Receivables Management, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 516694798 | ##+ | Langer BioMedical, c/o Aron Sadowsky & Marks Inc, 551 NW 77th St, Sutie 200, Boca Raton, FL 33487-1330 |

TOTAL: 1 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Joshua D Grill brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Bruce C. Truesdale | on behalf of Joint Debtor Jennifer S Grill brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| James Patrick Shay | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 shay@bbs-law.com, jpshay@gmail.com |
| James Patrick Shay | on behalf of Creditor PHH MORTGAGE CORPORATION  AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 shay@bbs-law.com, jpshay@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE OF J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A5 nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10